■ The People of the State of New York, Respondent, v Sterling L. James, Appellant. [674 NYS2d 598] —Judgment unanimously reversed on the law and new trial granted. Mem-

orandum: We reserved decision and remitted this matter to Supreme Court for a reconstruction hearing on the issue whether defendant was present at the *Sandoval* hearing (*People v James*, 245 AD2d 1115). The record of the reconstruction hearing supports the court's determination that the *Sandoval* hearing was held outside of defendant's presence (*see, People v Evans*, 232 AD2d 424, *lv denied* 89 NY2d 921). Because the *Sandoval* ruling was not entirely in defendant's favor, the judgment of conviction must be reversed (*see, People v Favor*, 82 NY2d 254, 267, *rearg denied* 83 NY2d 801). In view of our decision, we do not address defendant's remaining contentions. (Appeal from Judgment of Supreme Court, Onondaga County, Gorman, J.—Burglary, 1st Degree.) Present—Lawton, J. P., Wisner, Callahan and Boehm, JJ.